IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL SATELLITE SPORTS, INC.,    )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )    Civil Action No.  H-02-2617
                                    )
GET TO THE POINT, INC.              )
t/a FULL MOON SALOON, et al.,       )
                                    )
        Defendants.                 )
                                    )

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

All of the parties to the above-captioned action, by and through their respective

undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby stipulate and agree

that the above-captioned action be dismissed without prejudice.

.

_____          _____
Thomas J. McNicholas                       Aron U. Raskas (Bar #04393)
Robert E. Joyce (Bar #26427)               KRAMON & GRAHAM, P.A.
Law Offices of Thomas J. McNicholas        One South Street, Suite 2600
210 East Lexington Street, Suite 100       Baltimore, Maryland 21202-3201
Baltimore, Maryland  21202                 (410) 752-6030
(410) 727-8177

                                           Attorneys for National Satellite Sports,
Attorneys for Defendants                   Inc.

02163/2/00064992.WPDv1

APPROVED this 13th day of January, 2003

Senior United States District Judge